UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TULA CHRISTOTHOULOU, a widow,<br><br>    Plaintiff,<br><br>  v.<br><br>FRED MEYER STORES, INC., an Ohio corporation; and THE KROGER CO., an Ohio corporation,<br><br>    Defendants. | No.<br><br>DEFENDANTS' NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332, 1441 AND 1446 |

TO:  CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON;

AND TO:  PLAINTIFF'S COUNSEL OF RECORD.

  Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants Fred Meyer Stores, Inc. and The Kroger Co. ("Defendants") hereby remove this action from the Superior Court of the State of Washington in and for the County of King to the United States District Court for the Western District of Washington.

### I.  STATEMENT AND GROUNDS FOR REMOVAL

  1.  On August 4, 2020, Plaintiff commenced a lawsuit in King County Superior Court entitled *Tula Christothoulou v. Fred Meyer Stores, Inc. and The Kroger Co.*, cause number 20-2-

NOTICE OF REMOVAL - 1

15310362.1:10966-0018

**WOOD, SMITH, HENNING & BERMAN LLP**
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800

12141-0SEA (the "State Court Action").  Plaintiff claims that as a result of Defendants' negligence, she has suffered pain, mental and physical anguish, economic damages, and permanent physical disability.  No monetary amount of damages was specified.

2. On August 25, 2020, Defendants answered the Complaint filed in the State Court Action.  The documents attached to the *Declaration of Louiza Dudin* as Exhibit A constitute all of the pleadings served or filed upon Defendants in the State Court Action.  Defendants represent that, apart from the materials attached to the *Declaration of Louiza Dudin* as Exhibit A, they have received no other process, pleadings, motions or orders in this action.  A true and correct copy of the Service of Process is attached to the *Declaration of Louiza Dudin* as Exhibit B.

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332. There is complete diversity of citizenship between the parties because Plaintiff is a resident of King County, Washington.  Exhibit A to *Declaration of Louiza Dudin*.  Defendants are Ohio corporations with headquarters located in Ohio.  Exhibits C-D to *Declaration of Louiza Dudin*.

4. Defendants reserve the right to amend or supplement this notice of removal.

5. Should Plaintiff file a motion to remand this case, Defendants respectfully requests the opportunity to respond more fully in writing, including the submission of affidavits or other authority.

6. By filing this *Notice of Removal*, Defendants do not waive, and expressly reserve, all defenses available under Rule 12 of the Federal Rules of Civil Procedure.

## II. INTRADISTRICT ASSIGNMENT

7. This claim arises out of the county of King, and assignment to a judge in Seattle is appropriate.

## III. NOTICE TO THE STATE COURT AND PROPER FILING OF RECORDS

8. A notice of the filing of this *Notice of Removal* and a true copy of this *Notice of Removal* will be filed with the Clerk of the Superior Court of the State of Washington in and for the

1. County of King as required by 28 U.S.C. § 1446(d).

9. Copies of all records and proceeding in the state court together with the *Declaration of Louiza Dudin* verifying that they are true and complete copies of all the records and proceedings in the State Court Action are filed concurrently with this *Notice*.

WHEREFORE, Defendants request that this case currently pending in the Superior Court be placed on the docket of the United States District Court for the Western District of Washington.

DATED: September 3, 2020                WOOD, SMITH, HENNING & BERMAN LLP


/s/ *Louiza Dudin*
Philip B. Grennan, WSBA #8127
Louiza M Dudin, WSBA #52497
Attorneys for Defendants

NOTICE OF REMOVAL - 3
15310362.1:10966-0018

**Wood, Smith, Henning & Berman LLP**
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800

# CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2020, I electronically filed DEFENDANTS' NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332, 1441 AND 1446 with the Clerk of the Court using the CM/ECF.

I hereby certify that the following have been served via CM/ECF electronic service:

Nancy T. McKinley
Fallon & McKinley PLLC
155 NE 100th Street, Suite 401
Seattle, WA 98125
Email: nmckinley@fallonmckinley.com

DATED this 3rd day of September, 2020.

/s/ *Michelle A. Davidson*
Michelle A. Davidson
mdavidson@wshblaw.com
Legal Assistant

NOTICE OF REMOVAL - 4
15310362.1:10966-0018

**WOOD, SMITH, HENNING & BERMAN LLP**
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800